No. 321. KALTREIDER CONSTRUCTION, INC., *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert H. Griffith* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 325. JOHN *v.* TRIBUNE COMPANY. Supreme Court of Illinois. Certiorari denied. *Sidney Z. Karasik* for petitioner. *Howard Ellis, Don H. Reuben* and *John E. Angle* for respondent.

No. 326. MENDELSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Sydney M. Eisenberg* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 328. FOX TURKEY FARMS, INC., *v.* FARMERS MUTUAL HAIL INSURANCE CO. OF IOWA. C. A. 8th Cir. Certiorari denied. *Daniel M. Healy* and *Ross H. Oviatt* for petitioner.

No. 308. DINAN ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard J. Burke* for petitioners. *Warren J. Schneider* for respondent.

No. 82, Misc. THOMPSON *v.* CLEMMER, CORRECTIONS DIRECTOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.